# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARKCUS C.,**

        **Plaintiff,**    :

  v.                                  **Case No. 2:22-cv-1917**
                                              **Judge Sarah D. Morrison**
                                              **Chief Magistrate Judge Karen L. Litkovitz**

**COMMISSIONER OF SOCIAL SECURITY,**    :

        **Defendant.**

## ORDER

This matter is before the Court on two Reports and Recommendations, both issued by the Magistrate Judge on February 6, 2023. (ECF Nos. 18, 19.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** each Report and Recommendation. For the reasons set forth therein:

- The Commissioner's decision is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation (ECF No. 18); and

- Plaintiff's Motion to Remand (ECF No. 14) is **DENIED**.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON**
                                      **UNITED STATES DISTRICT JUDGE**